Clerk's Office
Filed Date: 4/14/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARINA ISKHAKOVA, on behalf of herself and all others similarly situated,

    Plaintiff,

v.                                        CASE NO.: 1:22-cv-521

Levain Bakery Cookie Company, LLC

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 12, 2022

| For Plaintiff Marina Iskhakova | For Defendant Levain Bakery Cookie Company, LLC |
|---|---|
| /s Mark Rozenberg<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | s/Andrew Williamson<br>Andrew Williamson<br>Ford Harrison LLP<br>366 Madison Ave 7th Floor<br>New York, NY 10017<br>Ph: 212-453-5900<br>Awilliamson@fordharrison.com |

SO ORDERED:

/s/ Carol Bagley Amon
Carol Bagley Amon
United States District Judge
Brooklyn, NY

## **CERTIFICATE OF SERVICE**

      I certify that on April 12, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Mark Rozenberg*
                                            Mark Rozenberg
                                            **Stein Saks, PLLC**
                                            *Attorneys for Plaintiff*